Ian McIntosh
CROWLEY FLECK PLLP
P.O. Box 10969
Bozeman, MT 59719-0969
Telephone: (406)556-1430
imcintosh@crowleyfleck.com

Brad Banias (*Pro Hac Vice)*
Banias Law, LLC
602 Rutledge Avenue
Charleston, SC 29403
Telephone: (843)352-4272
brad@baniaslaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC, | Case No. 9:24-cv-00099-DWM |
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW KIDD** |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the following is true and correct:

1.      I am over 18-years old and I am competent to make this declaration.

2.      I have personal knowledge of the facts herein.

3.      In light of U.S. Citizenship and Immigration Services ("USCIS") response, I write to supplement my original declaration about the irreparable harm the Northern Rockies Regional Center ("NRRC") has suffered since receiving the termination notice and the irreparable harm that it will suffer if the termination remains effective.

4.      First, competing regional centers are marketing based USCIS's notice of intent to terminate ("NOIT").  Marketing Materials (attached as Ex. A). This is immediate harm to the NRRC's reputation that will only get worse if the termination stands.

5.      Second, NRRC investors are stopping their investments because of the NOIT. Specifically, two investors—Investors M███ M████ D█████ R████ and R████ G███—wired money to NRRC before the NOIT, but after learning about they NOIT, both investors demanded refunds. Other investors who had already wired funds have instructed the NRRC not to place the funds with the new commercial enterprise until the NOIT is resolved. And other investors who intended to wire funds to the NRRC have withheld those wires the NRRC resolves the NOIT. The investors—and the EB-5 industry—are anxiously awaiting the results of the hearing on Monday, July 29, 2024.

6.       Finally, I want to be more specific about the consequences for NRRC if the termination remains in place.

7.     As an initial matter, 515 investors who have already invested in projects associated with the NRRC will have to associate their projects with a new regional center within 180 days. This means they must *leave* the NRRC and associate with a different regional center if NRRC is terminated. 8 U.S.C. § 1153(b)(5)(m). The NRRC will be responsible for the additional filing fees for these investors, which The fee is $12,160 for each new application—amounting to $6,262,400 in filing fees, not counting attorney's fees and costs.

8.     Similarly, even if the NRRC attempts to re-file for designation, it will have to file a new designation form and new forms for each of its associated projects. The filing fees for each of these applications is $47,695. Because the NRRC has four active projects, the NRRC will be responsible for paying an additional $238,475.

9.     Even if the NRRC could withstand an immediate hit of $6,500,000 and the delays associated with USCIS's processing delays for the applications necessary to stand up a new regional center and get projects for that new regional center approved, the reputational harm to the NRRC will hurt its efforts to keep current investors and attract new investors.

10.     If the termination stands, the NRRC will close its doors because, without its designation, it has no value. But as noted above, this will be the least of the harm that will befall the NRRC if the termination stands.

11.     Closing NRRC's doors will put at risk the job creation for its associated projects in Southwest Montana. Based on reasonable methodologies, NRRC's Moonlight Basin West is creating 4,630 Direct and Indirect Jobs; Yellowstone Club Village 2 is creating 8,610 Direct and Indirect Jobs; and the O&O Hotel and Residences at Moonlight Basin is creating 7,113 Direct and Indirect Jobs. As noted in its motion, these projects are well underway. Without NRRC's designation, these 20,000 positions are in serious jeopardy because the investment driving this job creation will have to be moved.

12.     All of this can be avoided if USCIS would allow the NRRC to pay the Integrity Fee, even with a penalty. NRRC is ready and willing to pay it immediately.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2024    _____
Matthew Kidd
Owner
Northern Rockies Regional Center, LLC

Exhibit A



🇺🇸 / English ▼

🏠 **HOME** > **News** > Here

# EB-5 Regional Centers Receive Notice of Intent to Terminate by the USCIS for Failure to Pay Annual Integrity Fees

July 25, 2024

The EB-5 Reform and Integrity Act of 2022 ("RIA") made several key changes to the EB-5 program and instituted several new compliance requirements for regional centers wishing to continue doing business under the RIA. One of these requirements, the Integrity Fund, was established to provide USCIS with the additional capital necessary to among other things, conduct investigations, monitor program-related events both inside and outside of the U.S., ensure overall program compliance, detect and investigate fraud and other crimes, and conduct regional center audits and site visits.

As outlined in the RIA, the Integrity Fund was to be fulfilled by an annual fee due October 1 of each corresponding fiscal year. Failure to pay the fee within 90 days of the due date would result in the termination of the USCIS designation of any non-compliant regional center.

Following the re-authorization of the program, USCIS held stakeholder calls and provided statements discussing the payment of the integrity fee and provided guidance as to questions surrounding the payment of the fee, which per the terms of the RIA, would have come due as early as October 1, 2022 for the 2023 fiscal year. As USCIS worked to provide an organized process for payment of the integrity fee, they also provided additional time for the 2023 fee to be paid. Ultimately, USCIS provided definitive guidance on March 2, 2023 as to when 2023 fees as well as the 2024 fees would become due. USCIS also provided extended time for the 2023 fee to be paid by no later than May 31, 2023 with the 2024 fee becoming due by its normal due date of October 1st. At the same

time additional warning was provided noting that regional centers that do not file their I-956G annual report and pay their fees as required in 2023 would be terminated in 2024.

Despite this guidance, it has come to the attention of the industry that numerous regional centers, including regional centers with active projects and ongoing EB-5 capital raises failed to comply with the RIA and pay their Integrity Fees as required for fiscal year 2023 and fiscal year 2024. Of the hundreds of active regional centers, it has been estimated that as many as 25% or more are now facing Notices of Intent to Terminate. Those terminations could significantly impact the immigration pursuits of the investors who have filed or plan to file under those regional center designations.

Proper due diligence on the part of an aspiring EB-5 investor is a crucial step in ensuring a smooth immigration process. Part of that due diligence should focus on the regional center, their leadership, their track record, and their compliance with the requirements of the program. Filing annual reports and paying the required fees is the absolute minimum expectation one could have of any regional center wishing to remain active in the EB-5 industry. Failure to comply with the most basic requirements of the program should be a major red flag to any investor considering a project sponsored by a regional center that is now facing termination.

CMB has complied with the RIA by paying the required Integrity Fee for all 19 CMB Regional Centers for fiscal year 2023 and fiscal year 2024. We encourage prospective investors as well as existing investors to ask regional centers to confirm that they comply with all program requirements, have paid all required fees, and have made the proper annual filings. Additionally, we encourage prospective investors to ask if the regional center they are considering investing in is currently facing a Notice of Intent to Terminate from USCIS. One should also ask themselves, if the regional center cannot maintain compliance with the most basic requirements of the program, what else have they missed and how confident can I be that my regional center will be able to navigate the evolving requirements of the program?

**Share This Post:** Twitter | LinkedIn | Facebook

Subscribe to CMB Regional Centers Newsletter to be notified about EB-5 News and future updates from CMB.

**Recent Posts**

## EB-5 Regional Centers Receive Notice of Intent to Terminate by the USCIS for Failure to Pay Annual Integrity Fees

The EB-5 Reform and Integrity Act of 2022 ("RIA") made several key changes to...

## CMB Regional Centers Welcomes EB-5 Industry Veteran Daniel Ryan as Vice President of Global Development

CMB Regional Centers is pleased to announce the addition of Daniel Ryan to our...

## CMB Group 91 Receives I-956F Approval in Record 5 Months

We are thrilled to announce that CMB Group 91 has received its I-956F approval...

**Popular Posts**

## CMB Group 91 Receives I-956F Approval in Record 5 Months

We are thrilled to announce that CMB Group 91 has received its I-956F approval...

## EB-5 Filing Fees Set to Increase

Yesterday (January 31, 2024), the U.S. Citizenship and Immigration Services a...

## Group 78 EB-5 Investor Receives I-526E Approval

-- Great news, an investor in CMB Infrastructure Investment Group 78, LP is...



**Headquarters**

5910 N Central Expy, Suite 1000
Dallas, Texas 75206

**Regional Office**

7819 42 Street West
Rock Island, Illinois USA 61201

**Contact Us**

+1 309-797-1550

info@cmbeb5visa.com

Log In

Contact Us

Careers

Privacy Policy

American Immigration Lawyers Association

CMB believes that this website is accessible to the widest possible audience pursuant to the guidelines of the Americans with Disabilities Act. Click here for more information.

Healthcare Transparency in Coverage

This is not an offer to sell securities or the solicitation of an offer to purchase securities. Any offer to participate in any sponsored project may only be made pursuant to a written offering

memorandum. Any sale in a sponsored project shall be evidenced by a subscription agreement executed by a foreign national and will be offered and sold, to the extent applicable, both within and outside of the United States in reliance on exemptions from registration under the securities act, state laws and the laws of jurisdictions where the offering will be made.

© CMB Regional Centers. All rights reserved.

Follow us: