IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC, | CV 24–99–M–DWM |
| Plaintiff, | ORDER |
| vs. | |
| UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

On July 29, 2024, a preliminary injunction hearing was held on Plaintiff Northern Rockies Regional Center, LLC's ("Northern Rockies") request to preliminarily enjoin the United States Citizen and Immigration Services' (the "Agency") decision to terminate its designation under the Regional Center Program, see 8 U.S.C. § 1153(b)(5)(E), for failing to pay its 2024 EB-5 Integrity Fund fee by December 30, 2023. Given the opposition of the Agency, this matter is not consolidated with a trial on the merits under Rule 65(a)(2) of the Federal Rules of Civil Procedure.

After hearing argument in the case and reviewing the record evidence provided by Northern Rockies, a preliminary injunction is warranted here on the narrow grounds suggested by Northern Rockies. Accordingly,

1

IT IS ORDERED that Northern Rockies' request for preliminary injunctive relief (Doc. 5) is GRANTED. The Agency is ENJOINED from terminating Northern Rockies' regional center designation pending a final decision on the merits. Given the imminency of the Agency's challenged action, a reasoned decision will shortly follow.

DATED this 29th day of July, 2024.

_____ 15:36 P.M.
Donald W. Molloy, District Judge
United States District Court