IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIEGRATION SERVICES,<br><br>Defendant. | CV 24-99-M-DWM<br><br>ORDER TO DEPOSIT FUNDS |

Plaintiff Northern Rockies Regional Center, LLC having filed notice that it has paid a $20,000 bond as required by this Court's Order of July 31, 2024,

IT IS ORDERED that:

1. The deposited money shall be deposited with the Court Registry Investment System (CRIS);

2. The money shall be deposited in an interest-bearing account;

3. The Administrative Office of the U.S. Courts shall be able to deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the

1

Administrative Office of the United States courts, whenever such income becomes available for deduction and without further order of the Court.

DATED this 8th day of August, 2024.

_____ 08:55 A.M.
Donald W. Molloy, District Judge
United States District Court