BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-9855
Fax: (202) 305-7000
Email: alessandra.faso@usdoj.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CV 24-99-M-DWM <br><br> ANSWER |

Defendant, through undersigned counsel, hereby responds to Plaintiff's Complaint, ECF No. 1, by common traverse as follows:

Plaintiff seeks review under the Administrative Procedure Act ("APA") of U.S. Citizenship and Immigration Services' ("USCIS") issuance of a Notice of Intent to Terminate ("NOIT") Plaintiff's regional center designation due to its failure to pay the annual Integrity Fund Fee for fiscal year 2024 within 90 days of the deadline. *See* ECF No. 1 at ¶¶ 65-81. Defendants answer by way of a general denial or common traverse of all allegations in Plaintiff's Complaint that the NOIT and USCIS' intent to terminate Plaintiff's regional center designation violates the APA. *See* Fed. R. Civ. P. 8(b)(3).

When a party seeks review of an agency action under the APA, the entire case on review is a question of law, and the complaint, properly read, actually presents no factual allegations, but only arguments about the legal conclusions to be drawn about the agency action. *See Herguan Univ. v. Immigr. & Customs Enf't*, 258 F. Supp. 3d 1050, 1063 (N.D. Cal. 2017) (quoting *Rempfer v. Sharfstein*, 583 F.3d 860, 865 (D.C. Cir. 2009)). In this case, Plaintiff's Complaint sets forth characterizations of the relevant statute and regulations and makes legal conclusions in conjunction with arguments that the agency's actions fail to comply with the statute and regulations, or are otherwise contrary to law. ECF No. 1 at pp. 1-2, ¶¶ 13-17, 21-38, 65-81. Defendant answers by way of a general denial or common traverse of Plaintiff's

1

characterizations of the law and Plaintiff's arguments pertaining to the legal conclusions to be drawn about the agency's actions in this case. *See* Fed. R. Civ. P. 8(b)(3).

Plaintiff's Amended Complaint also contains its characterization of the facts in the administrative record. ECF No. 1 at ¶¶ 10-12, 18-20, 39-64. Because these factual allegations are merely legal conclusions for review by the district court, *see Herguan Univ.*, 258 F. Supp. 3d at 1063, Defendant answers by way of general denial or common traverse of all allegations relating to Plaintiff's characterization of the facts in the administrative record. *See* Fed. R. Civ. P. 8(b)(3). The facts in this case are limited to the administrative record. *See* 5 U.S.C. § 706. Defendant will serve the administrative record on Plaintiff and the Court so that the Court can determine whether, as a matter of law, the agency's actions are reasonable and in accordance with the governing law.

Defendant admits that the named Plaintiff is a party to this lawsuit but lack knowledge or information sufficient to form a basis as to all other allegations in paragraph 1. ECF No. 1 at ¶ 1. Defendant admits that Ur M. Jaddou is a party to this lawsuit. *Id.* at ¶ 2. Defendant is not required to respond to Plaintiff's allegations that jurisdiction and venue in this matter are proper. *Id.* at ¶¶ 3-9.

Defendant denies any and all remaining allegations in Plaintiff's Complaint and deny that Plaintiff is entitled to any relief. *Id.* at ¶¶ 82-88.

## GENERAL DENIAL

Defendants denies all allegations not specifically admitted.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiff's Complaint and as a separate affirmative defense, Defendant reserves the right to amend this answer as necessary and assert other defenses as this action proceeds.

## PRAYER FOR RELIEF

WHEREFORE, Defendant having fully answered Plaintiff's Complaint, respectfully prays for judgment denying each and every prayer for relief, dismissing the action, granting Defendant its costs, and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By:   */s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-9855
Facsimile: (202) 305-7000
alessandra.faso@usdoj.gov

DATED: September 17, 2024          *Attorneys for Defendant*

4

## CERTIFICATE OF SERVICE

I certify that on September 17, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

By: _/s/ Alessandra Faso_
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division

5