BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
GLENN M. GIRDHARRY
Assistant Director
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 305-9855
Fax: (202) 305-7000
Email: alessandra.faso@usdoj.gov

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC, <br><br> Plaintiff, <br> v. <br><br> UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CV 24-99-M-DWM <br><br> NOTICE OF ADMINISTRATIVE DEVELOPMENT |

1

Defendant U.S. Citizenship and Immigration Services' ("USCIS") has notified undersigned counsel for Defendant of the following administrative development:

> The agency intends to accept Integrity Fund fee payments for FY 2023, FY 2024, and FY 2025 on pay.gov starting October 1, 2024. Payments made for the late payment opportunity for FY 2023 and/or FY 2024 will satisfy the annual Integrity Fund fee requirement for those respective years (notice of opportunity to pay such fees will be issued in the coming weeks). The agency does not intend to accept payments after 90 days from the annual due date on October 1 in future years.

Plaintiff Northern Rockies Regional Center, LLC ("Northern Rockies") seeks this Court's review of USCIS's issuance a Notice of Intent to Terminate ("NOIT") Northern Rockies' EB-5 regional center designation because it did not pay the Integrity Fund fee for fiscal year ("FY") 2024 within 90 days of the statutory due date. Northern Rockies requested an order from this Court to enjoin USCIS from terminating its regional center designation and to compel USCIS to issue a notice that gives Northern Rockies an opportunity to respond and cure the untimely payment of the Integrity Fund fee. ECF No. 1 at ¶¶ 84-85, 87. This Court enjoined USCIS from terminating Northern Rockies' regional center designation pending a final decision on the merits. ECF Nos. 19, 20.

Because USCIS: (1) will not terminate Northern Rockies' regional center designation pending a final decision on the merits, and (2) intends to provide notice to Northern Rockies allowing the regional center to come into compliance with the

Integrity Fund fee requirement beginning on October 1, USCIS has or will imminently provide Northern Rockies with all of the relief it seeks.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

GLENN M. GIRDHARRY
Assistant Director

By: */s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-9855
Facsimile: (202) 305-7000
alessandra.faso@usdoj.gov

DATED: September 23, 2024       *Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will deliver a copy to all counsel of record.

By: */s/ Alessandra Faso*
ALESSANDRA FASO
Senior Litigation Counsel
United States Department of Justice
Civil Division