IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NORTHERN ROCKIES REGIONAL CENTER, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services,<br><br>Defendant. | CV 24-99-M-DWM<br><br>ORDER |

The parties having filed a stipulation of dismissal indicating that "Plaintiff has satisfied the issue of nonpayment identified in [the Agency's] July 31, 2024[] notice of intent to terminate," (Doc. 26),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The October 29, 2024 preliminary pretrial conference is VACATED.

IT IS FURTHER ORDERED that the preliminary injunction entered on July 29, 2024, (*see* Doc. 20), is DISSOLVED as MOOT.

1

IT IS FURTHER ORDERED that the Clerk is directed to disburse to Plaintiff the bond on deposit in the Registry of the Court in the amount of $20,000, (*see* Doc. 22), plus any interest accrued to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

DATED this 22nd day of October, 2024.

Donald W. Molloy, District Judge
United States District Court